# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PETER JOSEPH SLOAN & ROSEMARY SLOAN        Case Number: 04-70531
617 MAJIC WAY                SSN-xxx-xx-8655 & xxx-xx-2794
MARENGO, IL  60152

Case filed on:    2/4/2004
Plan Confirmed on:  3/26/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $98,600.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 6,563.00 | 6,563.00 | 6,563.00 | 0.00 |
|  | Total Priority | 6,563.00 | 6,563.00 | 6,563.00 | 0.00 |
| 999 | PETER JOSEPH SLOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HARRIS BANK/CONSUMER LOAN CENTER | 5,981.21 | 5,967.11 | 5,967.11 | 162.96 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,981.21 | 5,967.11 | 5,967.11 | 162.96 |
| 001 | HARRIS BANK/CONSUMER LOAN CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIFINANCIAL MORTGAGE COMPANY | 6,490.58 | 6,490.58 | 5,321.74 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 4,774.43 | 4,774.43 | 3,914.63 | 0.00 |
| 005 | LVNV FUNDING LLC | 11,637.78 | 11,637.78 | 9,542.02 | 0.00 |
| 006 | B-FIRST LLC | 25,883.93 | 25,883.93 | 21,222.68 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 24,855.77 | 24,855.77 | 20,379.68 | 0.00 |
| 008 | CATHERINES / HURLEY STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 7,198.31 | 7,198.31 | 5,902.02 | 0.00 |
| 010 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DISCOVER FINANCIAL SERVICES | 7,076.98 | 7,076.98 | 5,802.54 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 1,197.53 | 1,197.53 | 981.87 | 0.00 |
| 014 | HOME DEPOT / MCCBG | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 4,451.88 | 4,451.88 | 3,650.17 | 0.00 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 949.69 | 949.69 | 778.67 | 0.00 |
| 017 | SHERMAN ACQUISITION DBA | 495.72 | 495.72 | 406.44 | 0.00 |
|  | Total Unsecured | 95,012.60 | 95,012.60 | 77,902.46 | 0.00 |
|  | Grand Total: | 108,756.81 | 108,742.71 | 91,632.57 | 162.96 |

Total Paid Claimant:     $91,795.53
Trustee Allowance:       $6,804.47
Percent Paid Unsecured:       81.99

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009            By  /s/Heather M. Fagan